1999-IA-01865-SCT